STEPHEN H. SMITH, Bar No. 101377
shsmith@yokasmith.com
JEFFREY J. GORDON, Bar No. 193153
jgordon@yokasmith.com
**YOKA & SMITH, LLP**
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90071
Tel: (213) 427-2300 / Fax: (213) 427-2330

GREGORY M. HESS
ghess@parrbrown.com
LASHEL SHAW
lshaw@parrbrown.com
**PARR BROWN GEE & LOVELESS, P.C.**
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Tel: 801-532-7840 / Fax: 801-532-7750

Attorneys for Plaintiff,
ICON Health & Fitness, Inc.

Marc E. Hankin (SBN 170505)
Marc@HankinPatentLaw.com
Anooj Patel (SBN 300297)
Anooj@HankinPatentLaw.com
**HANKIN PATENT LAW, APC**
12400 Wilshire Boulevard, Suite 1265
Los Angeles, CA 90025
Tel: (310) 979-3600 / Fax: (310) 979-3603

Attorneys for All Named Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ICON HEALTH & FITNESS, INC, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TOTAL BODY EXPERTS, LLC, a California Limited Liability Company; MARC ERICKSON, an individual; JERRELL ALLRED, an individual; and JOHN DOES 1-XX,<br><br>Defendants. | Case No. 2:16-cv-00302-R-FFM<br><br>**STIPULATION AND JUDGMENT OF PERMANENT INJUNCTION** |

STIPULATION AND JUDGMENT OF PERMANENT INJUNCTION – Page 1

Pursuant to the stipulation of Plaintiff ICON Health & Fitness, Inc. ("ICON") and Defendants Total Body Experts, LLC, Marc Erickson, and Jerrell Allred (collectively, "Defendants"), as set forth below, the Court sitting without a jury and without trial, a jury and trial having been duly waived, IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

1. This Court has jurisdiction over the parties to this action and the subject matter of this action pursuant to 15 U.S.C. Section 1121 and 28 U.S.C. Sections 1331, 1338(a) and 1367.

2. ICON is the owner of the exclusive right to use various trademarks in connection with its products distributed in interstate and foreign commerce. ICON's trademarks include the following trademarks registered with the United states Patent and Trademark Office (the "PTO"):

| Mark | No. | Issued | Goods & Services |
|---|---|---|---|
| PRO FORM | 1,346,441 | 7/2/1985 | Exercising Apparatus-Namely, Rowing Machines and Multiple Purpose Exercising Machines. |
| ProForm | 1,525,754 | 2/21/1989 | Clothing, namely shorts, pants, shirts, tops, sweat pants and jackets. |
| PRO FORM | 1,718,385 | 9/22/1992 | Exercising apparatus; namely, stepping machines, striding machines, and stationary cycles. |
| PRO·FORM | 2,944,885 | 4/26/2005 | Clothing, namely, t-shirts, long sleeve t-shirts, tank tops, jackets, shorts, sport tops. |
| PRO-FORM | 4,665,905 | 1/6/2015 | Elliptical exercise machines; Exercise balls; Exercise doorway gym bars; Exercise machines; Exercise weights; Manually-operated exercise equipment; Physical fitness equipment, namely, treadmills, ellipticals, stationary exercise bicycles, stepping machines; Vibrating apparatus used in fitness and exercise programs to stimulate muscles and increase strength and physical performance; Wrist and ankle weights for exercise; Yoga mats. |

The foregoing trademarks shall be referred to herein as the "PRO FORM Marks."

3. ICON also has a license from the Société du Tour de France (the "Société") to use the following trademarks (the "TOUR DE FRANCE Marks") on ICON's stationary cycles:

LE TOUR DE FRANCE (standard character mark)



4. ICON owns the copyrights (the "Copyrights") in, and Certificates of Copyright Registration for, the following two images, known as Stationary Bike Outdoors (Reg. No VA 1-996-979) and Stationary Bike Indoors (Reg. No VA 1-996-980) (the "ICON Images"):





STIPULATION AND JUDGMENT OF PERMANENT INJUNCTION – Page 3

5. Defendants created, used, and operated, or participated in the creation, use, and/or operation of, a certain website (the "Website") at the domain name www.letourdefrancebike.com (the "Domain Name"). True and correct screen shots of the Website are attached hereto as Exhibit A. Defendants have taken down the Website, and it is no longer available to the public online.

6. Defendants Total Body Experts, LLC, Marc Erickson, and Jerrell Allred, any and all affiliated companies, and their agents, employees, successors and assigns, and all other persons in active concert or participation with any of them, who have received actual notice of this by personal service or otherwise, in accordance with Fed. R. Civ. P. Rule 65(d)(2), are permanently enjoined and restrained from:

(a) Operating or otherwise making available online the Website, whether at the Domain Name or at any other domain name;

(b) Using the PRO FORM Marks or the TOUR DE FRANCE Marks in connection with the sale, offering for sale, advertising, promotion, or distribution of any goods or services, except with the prior written consent of ICON (for the PRO FORM Marks) or the Société (for the TOUR DE FRANCE Mark) and in compliance with all of the terms and conditions of such consent.

(c) Making use of any of the PRO FORM Marks, the TOUR DE FRANCE Marks, or any other confusingly similar variation of either of them, in the source code of any Internet website, in an attempt to (i) make such website appear higher in the search results of Internet users who enter any of such marks as search terms in any search engine or (ii) divert Internet traffic to such website.

(d) Registering or using any Internet domain name that contains any of the PRO FORM Marks, the TOUR DE FRANCE Mark, or any other confusingly similar variation of either of them.

(e) Copying, reproducing, preparing derivative works of, distributing copies of, or publicly displaying either of the ICON Images or any derivative work prepared using either of them or any other image taken from an ICON website or known or understood to belong to ICON.

(f) Falsely indicating on any website, or in any other advertising medium, that any negative or unfavorable statement or review about any of ICON's PRO FORM products appears on a website, when it does not in fact appear on such website.

(g) Making false or misleading statements about any of ICON's PRO FORM products on any website or in any other advertising medium.

(h) Stating or implying on any website or in any other advertising medium that any purchaser or user of any of ICON's PRO FORM products has made a negative or unfavorable statement about such product that was not in fact made.

(i) Manufacturing, manipulating, or aggregating reviews of any ICON PRO FORM product or group of products to give the false impression that such product(s) has/have lower reviewer product ratings or lower average reviewer products rating than it or they actually have.

7. Any of the acts described in subparagraphs (a) through (i) of Paragraph 6 above will cause damage to ICON, and such damage may be difficult to quantify in economic terms. If any such acts are committed by Defendant Total Body Experts, LLC, Marc Erickson, and/or Jerrell Allred, or any other person(s) enjoined herein, the party or parties that committed such act(s) shall pay to ICON liquidated damages in the amount of Five Thousand Dollars (US$5,000) for each such act, or such greater amount as may be proven by the evidence or provided by statute, plus ICON's investigative expenses, costs, and attorney's fees, which amount of liquidated damages is a reasonable estimate of the damage that will be caused to ICON by each such act.

8. This Court shall have continuing jurisdiction to enforce this judgment.

9. Except as expressly provided in this judgment, all of ICON's causes of action set forth in its complaint in this matter are dismissed with prejudice.

10. Each party shall bear its or his own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED this  15th  day of   November  , 2016.

BY THE COURT:

_____
HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

SO STIPULATED AND AGREED:

DATED this 10th day of November, 2016.

By: /Jefffrey J. Gordon/
STEPHEN H. SMITH, Bar No. 101377
JEFFREY J. GORDON, Bar No. 193153
YOKA & SMITH, LLP
445 South Figueroa Street, 38th Floor
Los Angeles, CA 90071
Telephone: (213) 427-2300
Facsimile: (213) 427-2330
Email: shsmith@yokasmith.com
jgordon@yokasmith.com

GREGORY M. HESS
LASHEL SHAW
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, UT 84111
Telephone: 801-532-7840
Facsimile: 801-532-7750
Email: ghess@parrbrown.com
lshaw@parrbrown.com

Attorneys for Plaintiff

By: /Marc E. Hankin/
Marc E. Hankin, Bar No. 170505
Anooj Patel, Bar No. 300297
HANKIN PATENT LAW, APC
12400 Wilshire Boulevard, Suite 1265
Los Angeles, CA 90025
Telephone: (310) 979-3600
Facsimile: (310) 979-3603
Email: Marc@hankinpatentlaw.com
anooj@hankinpatentlaw.com

Attorneys for All Named Defendants

I have read the foregoing [Proposed] Stipulation and Judgment of Permanent Injunction and understand its contents. CONSENT IS HEREBY GIVEN to the entry of the proposed Final Judgment of Permanent Injunction as provided for above.

DATED: November 10, 2016    _____
                            Marc Erickson

DATED: November 10, 2016    _____
                            Jerrell Allred

DATED: November 10, 2016    Total Body Experts, LLC
                            By: _____
                            Its: _____

**EXHIBIT A**





   





